COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555-JMP |
| | Chapter 11 |
| Debtor. | |
| KA KIN WONG, et al., On Behalf of Themselves and All Others Similarly Situated, | |
| | Adversary Proceeding |
| Plaintiffs, | No. 09-01120-JMP |
| vs. | |
| HSBC USA, INC., et al., | |
| Defendants. | |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiffs in the above-captioned matter, Ka Kin Wong, Siu Lui Ching, Chun Ip, Jin Liu, Yin Ying Leung, Lai Mei Chan and Sing Heung, on behalf of themselves and all others similarly situated, hereby appeal to the United States District Court for the Southern District of New York under 28 U.S.C. §158(a)(1) and Federal Rule of Bankruptcy Procedure 8001(a) from bankruptcy judge The Honorable James M. Peck's Order Granting the Motions of HSBC USA Inc., HSBC Bank Plc, HSBC Bank (Cayman) Limited, HSBC Holdings Plc, Pacific International Finance Limited, Scott Aitken, Cereita Lawrence, Sarah Craven, Janet Crawshaw, and Sylvia Lewis to Dismiss the Complaint With Prejudice, entered in this adversary proceeding on December 3, 2009 (the "Order"). *See* Docket No. 92.

The names of all parties to the Order and the names, addresses and telephone numbers of their respective attorneys are set forth below.

*Attorneys for Plaintiffs Ka Kin Wong, Siu Lui Ching, Chun Ip, Jin Liu, Yin Ying Leung, Lai Mei Chan and Sing Heung, on behalf of themselves and all others similarly situated*:

Samuel H. Rudman
David A. Rosenfeld
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
  631/367-7100
  631/367-1173 (Fax)

Luke O. Brooks
Jason C. Davis
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

Spencer A. Burkholz
Christina A. Royce
Darryl J. Alvarado
COUGHLIN STOIA GELLER RUDMAN
  & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

John H. Genovese
Paul J. Battista
David C. Cimo
Robert F. Elgidely
GENOVESE JOBLOVE & BATTISTA, P.A.
Bank of America Tower, 44th Floor
100 Southeast Second Street
Miami, FL 33131
  305/349-2300
  305/349-2310 (Fax)

*Attorneys for Defendants HSBC USA, Inc., HSBC Bank Plc, Pacific International Finance Limited, HSCB Bank (Cayman) Limited (f/k/a HSBC Financial Services (Cayman) Ltd.), HSBC Holdings Plc, Scott Aitken, Cereita Lawrence, Sarah Coombs, Janet Crawshaw and Sylvia Lewis:*

Howard G. Sloane
Patricia Farren
David G. Januszewski
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 100050-1702
 212/701-3000
 212/269-5420 (Fax)

*Attorneys for Defendant Lehman Brothers Special Financing, Inc.:*

| | |
|---|---|
| Ralph I. Miller | Richard W. Slack |
| WEIL, GOTSHAL & MANGES LLP | Shai Y. Waisman |
| 1300 Eye Street, NW, Suite 900 | WEIL, GOTSHAL & MANGES LLP |
| Washington, DC 20005 | 767 Fifth Avenue |
|  202/682-7000 | New York, NY 10153-0119 |
|  202/857-0940 (Fax) |  212/310-8000 |
| |  212/310-8007 (Fax) |

*Attorneys for Defendant The Bank of New York Mellon:*

| | |
|---|---|
| David M. Schlecker | Eric A. Schaffer |
| REED SMITH LLP | REED SMITH LLP |
| 599 Lexington Avenue, 29th Floor | 435 Sixth Avenue |
| New York, NY 10022 | Pittsburgh, PA 15219 |
|  212/521-5400 |  412/288-3916 |
|  212/521-5450 (Fax) |  412/288-3063 (Fax) |

*Attorneys for the Intervening Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al.:*

.
Dennis F. Dunne
Wilbur F. Foster, Jr.
Evan R. Fleck
Robert J. Liubicic
MILBANK, TWEED, HADLEY
& McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
 212/530-5000
 212/530-5219 (Fax)

Additional copies of this Notice are provided to the Clerk in order to permit the Clerk to comply with Federal Rule of Bankruptcy Procedure 8004, which includes serving a copy of this Notice on the U.S. Trustee:

Office of the United States Trustee for the
Southern District of New York
Attn: Andrew D. Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Rifkin, and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

DATED: December 7, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
LUKE O. BROOKS
JASON C. DAVIS

/s/ Jason C. Davis
JASON C. DAVIS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SPENCER A. BURKHOLZ
CHRISTINA A. ROYCE
DARRYL J. ALVARADO
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

                              GENOVESE JOBLOVE & BATTISTA, P.A.
                              JOHN H. GENOVESE
                              PAUL J. BATTISTA
                              DAVID C. CIMO
                              ROBERT F. ELGIDELY
                              Bank of America Tower, 44th Floor
                              100 Southeast Second Street
                              Miami, FL 33131
                              Telephone: 305/349-2300
                              305/349-2310 (fax)

                              Attorneys for Plaintiffs/Appellants

S:\CasesSD\HSBC Lehman Minibonds\NOT00063418.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2009.

_____
JASON C. DAVIS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: Jdavis@csgrr.com

## Mailing Information for Case 09-01120-jmp

**Electronic Mail Notice List**

The following is the list of <u>parties</u> who are currently on the list to receive e-mail notice/service for this case.

- **Darryl J. Alvarado**    dalvarado@csgrr.com, e_file_sd@csgrr.com
- **Luke O. Brooks**    lukeb@csgrr.com, e_file_sf@csgrr.com
- **Spencer A. Burkholz**    spenceb@csgrr.com, e_file_sd@csgrr.com
- **Jason C. Davis**    jdavis@csgrr.com, e_file_sf@csgrr.com;ptiffith@csgrr.com
- **Robert F. Elgidely**    relgidely@gjb-law.com, gjbecf@gjb-law.com
- **David G. Januszewski**    mmcloughlin@cahill.com;jhall@cahill.com;mcremins@cahill.com
- **Ray A. Mandlekar**    raym@csgrr.com, e_file_sd@csgrr.com
- **Samuel H. Rudman**    srudman@csgrr.com, kstadelmann@csgrr.com
- **Eric A Schaffer**    eschaffer@reedsmith.com, slucas@reedsmith.com
- **Howard G. Sloane**    pfarren@cahill.com
- **Shai Waisman**    shai.waisman@weil.com,
  amanda.hendy@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@wei

**Manual Notice List**

The following is the list of <u>parties</u> who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.**
,

**Coughlin Stoia Geller Rudman & Robbins, LLP**
58 South Service Road
Suite 200
Melville, NY 11747

**Official Committee Of Unsecured Creditors**
,

**Richard W. Slack**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10163

**The Bank of New York Mellon Corporation**
,

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## Mailing Matrix

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.